# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Wanda I Garriga | Case No.:20–31687–jal |
| Debtor(s) | Chapter: 7<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion for Relief from Stay and Abandonment regarding 2015 KIA SOUL – VIN KNDJN2A21F7120973 Fee Amount $181.. Filed by Creditor Bridgecrest Credit Company, LLC dba Bridgecrest Acceptance Corp.. Objections due by 10/2/2020. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Filed Proof of Claim # 2 Proposed Order) (Simons, Molly)

Dated: 9/21/20

| | FOR THE COURT |
|---|---|
| By: | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

```
                          United States Bankruptcy Court
                           Western District of Kentucky
In re:                                                                Case No. 20-31687-jal
Wanda I Garriga                                                       Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0644-3          User: aohlmann              Page 1 of 1          Date Rcvd: Sep 21, 2020
                              Form ID: 267                Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
```
db              +Wanda I Garriga,    1320 N. Logsdon Pkwy.,    Radcliff, KY 40160-9146
6715809          Capital One,    PO Box 23285,    Richmond, VA 23285
6715811         +Eagle Finance,    790 N. Dixie Ave.,    Elizabethtown, KY 42701-2462
6715812         +Fitzpatrick Funiture,    7125 Dixie Hwy,    Louisville, KY 40258-3717
6715813         +Genensis,    PO Box 4477,    Beaverton, OR 97076-4401
6715814         +Hardin Memorial Health,    913 N. Dixie Ave,    Elizabethtown, KY 42701-2599
6715815         +Nolin Electric,    411 Ring Road,    Elizabethtown, KY 42701-8701
6715816          Pay Fast,    Elizabethtown, KY 42701
6715817         +T-Mobile,    Enhancced Recovery Company,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
6715818         +TD Bank USA/Target,    PO Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6715807         +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Sep 21 2020 19:40:21
                 Bridgecrest Credit Company,    PO Box 29018,    Phoenix, AZ 85038-9018
6715808          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2020 19:45:16     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
6715810         +E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2020 19:45:32     Credit One,
                 PO Box 60500,    City of Industry, CA 91716-0500
6715819         +E-mail/PDF: bk@worldacceptance.com Sep 21 2020 19:45:31     World Finance,
                 2407 Ring Road Suite 133,    Elizabethtown, KY 42701-5963
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
```
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Douglas E. Miller    on behalf of Debtor Wanda I Garriga miller.durham@mw.twcbc.com,
               tracyr.milleranddurham@gmail.com
              Molly Slutsky Simons    on behalf of Creditor    Bridgecrest Credit Company, LLC dba Bridgecrest
               Acceptance Corp. bankruptcy@sottileandbarile.com
              Robert W. Keats    rkeats@bellsouth.net, rkeats@ecf.axosfs.com
                                                                                              TOTAL: 4
```